FILED
2026 Feb-20  PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/ASK: Feb. 2026
BHM GJ #22

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CESAR ACOSTA | ) |

## INDICTMENT

### COUNT ONE
*Assaulting, Resisting, and Impeding a Federal Officer*
**[18 U.S.C. §111(a)(1)]**

The Grand Jury charges that:

On or about the 16th day of February 2026, in Blount County, within the Northern District of Alabama, the defendant,

**CESAR ACOSTA,**

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114 – namely, United States Immigration and Customs Enforcement Supervisor Detention and Deportation Officer J.H., who was engaged in his official duties – causing physical contact, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

/s/electronic signature
FOREPERSON OF THE GRAND JURY

                                              PRIM F. ESCALONA
                                              United States Attorney

                                              /s/electronic signature
                                              ALAN S. KIRK
                                              Assistant United States Attorney