FILED

2026 Apr-15  AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **2:26-CR-00463-ACA-SGC** |
| | ) | |
| **CESAR ACOSTA** | ) | |

## <u>MOTION TO DISMISS</u>

The United States of America respectfully moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss, without prejudice, the Indictment in the above-styled case charging the defendant with one count of Assaulting, Resisting, and Impeding a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1).

Respectfully submitted this the 15th day of April, 2026.

CATHERINE L. CROSBY
Acting United States Attorney

*/s/Electronic Signature*
ALAN S. KIRK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

/s/Electronic Signature
ALAN S. KIRK
Assistant United States Attorney

2