FILED
2026 Apr-17  AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

## In the United States District Court
## For the Northern District of Alabama
## Southern Division

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:26-cr-00063-ACA-SGC** |
| | ) | |
| **Cesar Acosta** | ) | |

### Motion to Withdraw Mr. Acosta's Response to the Motion to Dismiss

In explicit consideration of the U.S. Attorney's Office assurance they will <u>not</u> file any new or additional charges against Mr. Acosta after seeking dismissal of the pending indictment, undersigned counsel for Mr. Cesar Acosta respectfully moves to withdraw Mr. Acosta's response. Doc. 25.  In exchange and given this understanding after speaking to the Acting U.S. Attorney, undersigned counsel respectfully moves to withdraw Doc. 25 from the record.

Respectfully submitted,

**/s/ Kevin L. Butler**
KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170


**/s/ Mia Gettenberg**
MIA GETTENBERG
Assistant Federal Public Defender
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
Mia_Gettenberg@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the foregoing via this Court's CM/ECF system.

Respectfully submitted,

**/s/ Kevin L. Butler**
KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama