FILED
2026 Apr-17  AM 11:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **2:26-CR-0063-ACA-SGC** |
| | **)** | |
| **CESAR ACOSTA** | **)** | |

### <u>REPLY TO DEFENDANT'S OBJECTION TO MOTION TO DISMISS</u>

Pursuant to the Court's Order dated April 16, 2026 (Doc. 26), the United States of America submits its reply to Defendant Cesar Acosta's Response to the United States' Motion to Dismiss (Doc. 25). As the Defendant has withdrawn his objection to the United States' Motion (Doc. 27), the issues presented within his objection are moot and the dismissal without prejudice requested by the United States is due to be granted.

Respectfully submitted the 17th day of April 2026.

CATHERINE L. CROSBY
Acting United States Attorney

*/s/ Catherine L. Crosby*
CATHERINE L. CROSBY
Acting United States Attorney

# **CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

/s/ Catherine L. Crosby
CATHERINE L. CROSBY
Acting United States Attorney