FILED
2026 Apr-20  PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**VS.**
                                         **Case No: 2:26-cr-63-ACA-SGC**

**CESAR ACOSTA,**
    **Defendant.**

## ORDER

The court has before it Government's Motion to Dismiss the Indictment.

(Doc. 24). The court finds that the motion is due to be and is hereby **GRANTED**.

The Indictment as to the above named defendant is **DISMISSED.**

        **DONE** and **ORDERED** this April 20, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE